# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| MONIQUE SHENELL FORD, ADMINISTRATOR OF THE ESTATE OF DARRYL TERRELL BECTON, DECEASED<br><br>    Plaintiff<br><br>v.<br><br>CORIZON HEALTH, INC., et al.<br><br>    Defendants, | CASE NO.: 1:22-CV-00411-RDA TCB |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Tehum Care Services, Inc. d/b/a Corizon Health, Inc. ("TCS" or the "Debtor"), one of the named defendants herein, files this Suggestion of Bankruptcy and Notice of Automatic Stay and would respectfully show as follows:

1. On February 13, 2023 (the "Petition Date"), TCS filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2. As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained

before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

3. The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Dated: February 15, 2023

        Respectfully submitted,

        **CORIZON HEALTH, INC., RICHARD ASHBY, MD, LOIS NTIAMOAH, RN, AND NATASHA TOY, RN**
        Defendants, By Counsel:

        /s/ *Anthony D. Dwyer*
        Anthony D. Dwyer
        Virginia State Bar No. 38342
        Michelle Benitez Jessee
        Virginia State Bar No. 80125
        ECCLESTON & WOLF, P.C.
        10400 Eaton Place, Suite 107
        Fairfax, Virginia 22030
        703.218.5330 (telephone)
        703.218.5350 (facsimile)
        dwyer@ewva.com
        jessee@ewva.com
        *Counsel for Defendants, Corizon Health, Inc.; Richard Ashby, MD, Lois Ntiamoah, RN, Natasha Toy, RN*

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 15th day of February 2023 I am serving the foregoing document by using the CM/ECF system and email to the following who are counsel of record:

| | |
|---|---|
| Mark J. Krudys, VSB #30718<br>Danny Zemel, VSB #95073<br>The Krudys Law Firm, P.C.<br>Truist Place<br>919 E. Main Street, Suite 2020<br>Richmond, VA 23219<br>mkrudys@krudys.com<br>*Counsel for Plaintiff* | Alexander Francuzenko, VSB #36510<br>Philip C. Krone, VSB #87723<br>John David Coker, VSB #92883<br>Cook Craig & Francuzenko, PLLC<br>3050 Chain Bridge Road, Suite 200<br>Fairfax, VA 22030<br>alex@cookcraig.com;<br>pkrone@cookcraig.com<br>jdcoker@cookcraig.com<br>*Counsel for Sheriff Elizabeth ("Beth") Arthur and Deputy Seaton Sok* |
| Coreen Silverman, Esq. VSB #43873<br>Michael Essig, Esq. VSB # 76697<br>Hancock Daniel<br>4701 Cox Road, Suite 400<br>Glen Allen, VA 23060<br>csilverman@hancockdaniel.com<br>messig@hancockdaniel.com<br>*Counsel for Antoine Smith, LPN* | |

                                                   */s/ Anthony D. Dwyer*
                                                   Anthony D. Dwyer
                                                   Virginia State Bar No. 38342
                                                   ECCLESTON & WOLF, P.C.
                                                   10400 Eaton Place, Suite 107
                                                   Fairfax, Virginia 22030
                                                   703.218.5330 (telephone)
                                                   703.218.5350 (facsimile)
                                                   dwyer@ewva.com
                                                   *Counsel for Defendants*
                                                   *Corizon Health, Inc.; Richard Ashby, MD, Lois Ntiamoah, RN, Natasha Toy, RN*