**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

MONIQUE SHENELL FORD,
ADMINISTRATOR OF THE ESTATE OF
DARRYL TERRELL BECTON, DECEASED,

        Plaintiff,

v.                                        Case No.: 1:22-cv-00411

CORIZON HEALTH, INC., *et al.*,

        Defendants.

**PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT**

        COMES NOW the Plaintiff Monique Shenell Ford, Administrator of the Estate of Darryl Terrell Becton, Deceased, by counsel, and provides the Court with a status report regarding settlement.

**Introduction**

        Following the Plaintiff's notification to the Court that a global settlement in the matter had been reached and prior to the scheduled March 1, 2023 wrongful-death settlement hearing, Corizon Health, Inc. filed its Suggestion of Bankruptcy noting that it had filed for Chapter 11 Bankruptcy. Plaintiff now files a Status Report with the Court concerning the status of the settlement/proceedings.

**Facts/Prior Proceedings**

        1.      On January 17, 2023, the parties held a mediation in this matter.

        2.      At all times during the mediation, the communications between the Plaintiff and the Defendants concerned a global settlement.

        3.      Towards the end of the day on the 17th, the Plaintiff made a final demand of $1.325 million to all Defendants. The Defendants stated that they required additional

authorization to settle the matter at that amount.  Plaintiff stated that she would await confirmation that the amount has been authorized.

4.      A day later, the Defendants confirmed that they had obtained authorization to settle the matter at $1.325 million.  The parties then declared that they had settled the matter. *See* ECF 82.

5.      The Defendants at or near that time, specified that the Corizon Health Defendants would pay $775,000 and the Sheriff's Office Defendants would pay $550,000.

6.      Plaintiff understands that at all times during the mediation, counsel for the Corizon Health Defendants was communicating with the insurance company, Ironshore.  In addition to Corizon Health, the individual Corizon Defendants are covered under the Ironshore policy.

7.      Plaintiff thereafter prepared a petition and proposed Order and filed it with the Court. *See* ECF 84 and attachments.

8.      Then, on February 20, 2023, Corizon filed its Suggestion of Bankruptcy. ECF 86.

9.      Plaintiff has been awaiting clarification from the Corizon Defendants as to the status of the settlement.  However, after requesting numerous times for confirmation that Ironshore will make the full $775,000 payment, Plaintiff has heard nothing.

10.     As a result, Plaintiff will be filing the required motions to continue litigating this matter.

MONIQUE SHENELL FORD,
ADMINISTRATOR OF THE ESTATE OF
DARRYL TERRELL BECTON, DECEASED


By:      /s/ Mark J. Krudys
Counsel


Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
The Krudys Law Firm, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
Web:   www.krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 21st day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By:      /s/Mark J. Krudys
             Counsel

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
The Krudys Law Firm, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com;
dzemel@krudys.com
Web:   www.krudys.com
*Counsel for Plaintiff*